FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-21-00242-CV

**ELECTRIC RELIABILITY COUNCIL OF TEXAS** and Bill Magness,
Appellants

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-04574
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On November 15, 2021, appellant Electric Reliability Council of Texas, Inc. filed an "Emergency Motion to Clarify and/or Modify the Court's Temporary Orders." On December 13, 2021, this court issued an opinion that, inter alia, dissolved the temporary orders in question. Accordingly, appellant's "Emergency Motion to Clarify and/or Modify the Court's Temporary Orders" is **DENIED AS MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court